1  TOWNSEND AND TOWNSEND AND CREW LLP
   JAMES G. GILLILAND, JR. (State Bar No. 107988)
2  Two Embarcadero Center, 8th Floor
   San Francisco, California 94111
3  Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
4  jggilliland@townsend.com

5  IRIS SOCKEL MITRAKOS (State Bar No. 190162)
   12730 High Bluff Drive, Suite 400
6  San Diego, California 92130
   Telephone: (858) 350-6100
7  Facsimile: (858) 350-6111
   ismitrakos@townsend.com
8
   ROBERT D. TADLOCK (State Bar No. 238479)
9  379 Lytton Avenue
   Palo Alto, California 94301
10 Telephone: (650) 326-2400
   Facsimile: (650) 326-2422
11 rdtadlock@townsend.com

12 Attorneys for Petitioners
   DREYER'S GRAND ICE CREAM, INC. and
13 EDY'S GRAND ICE CREAM

14

15                    UNITED STATES DISTRICT COURT

16                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                            (OAKLAND DIVISION)

18

| | |
|---|---|
| DREYER'S GRAND ICE CREAM, INC., a Delaware corporation, and EDY'S GRAND ICE CREAM, a California corporation,<br><br>Petitioners,<br><br>v.<br><br>ICE CREAM DISTRIBUTORS OF EVANSVILLE, an Indiana limited liability company,<br><br>Respondent. | Case No.   C07-00140 CW<br><br>**STIPULATION AND ORDER TO STAY ACTION TO MAY 31, 2007 AS MODIFIED**<br><br><br><br>Judge:      The Honorable Claudia Wilken<br><br>Petition Filed:      January 9, 2007 |

1

1  The parties, Plaintiffs Dreyer's Grand Ice Cream, Inc. and Edy's Grand Ice Cream, and
2  Defendant Ice Cream Distributors of Evansville, LLC, through counsel, hereby stipulate and agree that
3  all actions, deadlines and other proceedings in this action shall be and hereby are stayed through and
4  including May 31, 2007, while the parties voluntarily submit to mediation.

5  The parties further agree that the pending Motion to Compel Alternative Dispute Resolution,
6  scheduled for March 16, 2007, shall be taken off calendar.

7  The parties further agree that if the parties, or either or them, seek to lift the stay prior to
8  May 31, 2007, because the mediation was unsuccessful or the settlement discussions otherwise reach
9  an impasse, the parties, or any of them, may file an unopposed motion to have the stay lifted.  In the
10 event that such an unopposed motion is filed by one party, the other parties shall not oppose the
11 motion and agree that an order lifting the stay may be entered by the Court without a hearing.

12 DATED:  March 2, 2007            Respectfully submitted,
                                    TOWNSEND AND TOWNSEND AND CREW LLP
13

14                                  By:      /s/ Iris Sockel Mitrakos
                                         IRIS SOCKEL MITRAKOS
15                                       Attorneys for Plaintiffs
                                         DREYER'S GRAND ICE CREAM, INC. and
16                                       EDY'S GRAND ICE CREAM

17 DATED:  March 2, 2007            Respectfully submitted,

18                                  WINEBERG, SIMMONDS & NARITA LLP

19
                                    By:      /s/ Michael R. Simmonds
20                                       MICHAEL R. SIMMONDS
                                         Attorneys for Defendant
21                                       ICE CREAM DISTRIBUTORS OF EVANSVILLE

22

23                                       **O R D E R**

    IT IS HEREBY ORDERED that **the motion to compel alternative dispute resolution is
24
    denied without prejudice to re-noticing.  The case management conference is continued to
25
    Tuesday, June 12, 2007, at 2:00 p.m.**
26
    DATED:  March 6, 2007
27

28                                  _____
                                    JUDGE OF THE UNITED STATES DISTRICT COURT