| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | JAMES G. GILLILAND, JR. (State Bar No. 107988) |
| 2 | Two Embarcadero Center, 8th Floor |
| | San Francisco, California 94111 |
| 3 | Telephone: (415) 576-0200 |
| | Facsimile: (415) 576-0300 |
| 4 | jggilliland@townsend.com |
| 5 | IRIS SOCKEL MITRAKOS (State Bar No. 190162) |
| | 12730 High Bluff Drive, Suite 400 |
| 6 | San Diego, California 92130 |
| | Telephone: (858) 350-6100 |
| 7 | Facsimile: (858) 350-6111 |
| | ismitrakos@townsend.com |
| 8 | |
| | ROBERT D. TADLOCK (State Bar No. 238479) |
| 9 | 379 Lytton Avenue |
| | Palo Alto, California 94301 |
| 10 | Telephone: (650) 326-2400 |
| | Facsimile: (650) 326-2422 |
| 11 | rdtadlock@townsend.com |
| 12 | |
| | Attorneys for Petitioners |
| 13 | DREYER'S GRAND ICE CREAM, INC. and |
| | EDY'S GRAND ICE CREAM |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| DREYER'S GRAND ICE CREAM, INC., a Delaware corporation, and EDY'S GRAND ICE CREAM, a California corporation,<br><br>Petitioners,<br><br>v.<br><br>ICE CREAM DISTRIBUTORS OF EVANSVILLE, an Indiana limited liability company,<br><br>Respondent. | Case No.   C07-00140 CW<br><br>**STIPULATION AND ORDER RE: PLAINTIFFS' MOTION TO COMPEL ARBITRATION, DEFENDANT'S MOTION TO DISMISS, AND CASE MANAGEMENT CONFERENCE AS MODIFIED**<br><br>Judge:   The Honorable Claudia Wilken<br><br>Petition Filed:   January 9, 2007 |

1

**Stipulation And [Proposed] Order Re: Plaintiffs' Motion to Compel Arbitration,**
**Defendant's Motion to Dismiss, and Case Management Conference**
**Case No. C07-00140 CW**

1  The parties, Plaintiffs Dreyer's Grand Ice Cream, Inc. and Edy's Grand Ice Cream and
2  Defendant Ice Cream Distributors of Evansville, LLC, through counsel, hereby stipulate and agree that
3  the briefing schedule and hearing date on Plaintiffs' Motion to Compel Arbitration ("Plaintiffs'
4  Motion"), filed on May 9, 2007, and Defendant's Motion to Dismiss Petition to Compel Arbitration
5  ("Defendant's Motion"), filed on May 24, 2007, shall be modified as follows:

6      1.    The hearings on Plaintiffs' Motion, scheduled for June 14, 2007, and Defendant's
7  Motion, scheduled for June 28, 2007, shall be continued to July 26, 2007 at 2:00 p.m.

8      2.    The briefing schedule for Plaintiffs' Motion and Defendant's Motion shall be as
9  follows:

10      (a)    Defendants' Motion shall be considered an Opposition to Plaintiffs' Motion.
11      (b)    Plaintiffs shall file and serve a consolidated Opposition to Defendant's Motion
12      and Reply Brief in support of Plaintiffs' Motion on June 21, 2007.
13      (c)    Defendant shall file and serve a Reply Brief in support of Defendant's Motion
14      on July 12, 2007.

15      3.    The Case Management Conference scheduled for June 12, 2007 shall be continued to
16  July 31, 2007 at 2:00 p.m.

17  DATED: June 1, 2007    Respectfully submitted,

18
19      TOWNSEND AND TOWNSEND AND CREW LLP

20      By:    /s/ Iris Sockel Mitrakos
    IRIS SOCKEL MITRAKOS
21      Attorneys for Plaintiffs
    DREYER'S GRAND ICE CREAM, INC. and
22      EDY'S GRAND ICE CREAM

23  DATED: June 1, 2007    Respectfully submitted,
24      SIMMONDS & NARITA LLP
25
26      By:    /s/ Michael R. Simmonds
    Michael R. Simmonds, Esq.
    Attorneys for Defendant
27      ID ICE CREAM DISTRIBUTORS OF EVANSVILLE,
28

**2**

DATED: June 1, 2007                     Respectfully submitted,

RIECK AND CROTTY, PC

By: _____/s/ Kevin P. Brown_____
    Kevin P. Brown, Esq.
    Attorneys for Defendant
    ID ICE CREAM DISTRIBUTORS OF EVANSVILLE,

**O R D E R**

IT IS HEREBY ORDERED that:

1. The hearings on Plaintiffs' Motion, scheduled for June 14, 2007, and Defendant's Motion, scheduled for June 28, 2007, shall be continued to July 26, 2007 at 2:00 p.m.

2. The briefing schedule for Plaintiffs' Motion and Defendant's Motion shall be as follows:

    (a) Defendants' Motion shall be considered an Opposition to Plaintiffs' Motion.

    (b) Plaintiffs shall file and serve a consolidated Opposition to Defendant's Motion and Reply Brief in support of Plaintiffs' Motion on June 21, 2007.

    (c) Defendant shall file and serve a Reply Brief in support of Defendant's Motion on July 12, 2007.

3. The Case Management Conference scheduled for June 12, 2007 shall be continued to ==July 26, 2007 at 2:00 p.m.==

DATED:  6/5/07 , 2007

_____
JUDGE OF THE UNITED STATES DISTRICT COURT