1  TOWNSEND AND TOWNSEND AND CREW LLP
   JAMES G. GILLILAND, JR. (State Bar No. 107988)
2  Two Embarcadero Center, 8th Floor
   San Francisco, California  94111
3  Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
4  jggilliland@townsend.com

5  IRIS SOCKEL MITRAKOS (State Bar No. 190162)
   12730 High Bluff Drive, Suite 400
6  San Diego, California 92130
   Telephone: (858) 350-6100
7  Facsimile: (858) 350-6111
   ismitrakos@townsend.com
8
   ROBERT D. TADLOCK (State Bar No. 238479)
9  379 Lytton Avenue
   Palo Alto, California 94301
10 Telephone: (650) 326-2400
   Facsimile: (650) 326-2422
11 rdtadlock@townsend.com

12 Attorneys for Petitioners
   DREYER'S GRAND ICE CREAM, INC. and
13 EDY'S GRAND ICE CREAM

14

15                UNITED STATES DISTRICT COURT

16            FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                      (OAKLAND DIVISION)

18

| | |
|---|---|
| 19  DREYER'S GRAND ICE CREAM, INC., a Delaware corporation, and EDY'S GRAND ICE CREAM, a California corporation,<br><br>          Petitioners,<br><br>v.<br><br>ICE CREAM DISTRIBUTORS OF EVANSVILLE, an Indiana limited liability company,<br><br>          Respondent. | **Case No.   C07-00140 CW**<br><br>**STIPULATION AND ORDER RE: PETITIONER'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO L.R. 3-12(b)** |

1  Petitioners Dreyer's Grand Ice Cream, Inc. and Edy's Grand Ice Cream ("Dreyer's") and
2  Respondent Ice Cream Distributors of Evansville, LLC, through counsel, hereby stipulate and agree
3  that the above-entitled action and Case No. C-07-05060-EMC are related cases pursuant to Local Rule
4  3-12(a).  The parties further stipulate and agree that, pursuant to Local Rule 3-12(f)(3), Case No. C-
5  07-05060-EMC should be reassigned to the Honorable Claudia Wilken.

DATED:  October 11, 2007        Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP

By:   /s/ Iris Sockel Mitrakos
     IRIS SOCKEL MITRAKOS
     Attorneys for Petitioners
     DREYER'S GRAND ICE CREAM, INC. and
     EDY'S GRAND ICE CREAM

DATED:  October 11, 2007        RIECK AND CROTTY, PC

By:   /s/ Kevin P. Brown
     Kevin P. Brown
     Attorneys for Respondent
     ICE CREAM DISTRIBUTORS OF EVANSVILLE, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  10/24/07        _____
                        THE HONORABLE CLAUDIA WILKEN
                        UNITED STATES DISTRICT COURT JUDGE

61171770 v1