TOWNSEND AND TOWNSEND AND CREW LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
jggilliland@townsend.com

IRIS SOCKEL MITRAKOS (State Bar No. 190162)
12730 High Bluff Drive, Suite 400
San Diego, California 92130
Telephone: (858) 350-6100
Facsimile: (858) 350-6111
ismitrakos@townsend.com

ROBERT D. TADLOCK (State Bar No. 238479)
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
rdtadlock@townsend.com

Attorneys for Petitioners
DREYER'S GRAND ICE CREAM, INC. and
EDY'S GRAND ICE CREAM

**FILED**

NOV 1 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| DREYER'S GRAND ICE CREAM, INC., a Delaware corporation, and EDY'S GRAND ICE CREAM, a California corporation,<br><br>Petitioners,<br><br>v.<br><br>ICE CREAM DISTRIBUTORS OF EVANSVILLE, an Indiana limited liability company,<br><br>Respondent. | Case No. C07-00140 CW<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER<br><br>Date:  October 13, 2007<br>Time:  2:00 pm<br>Place: Courtroom 2, 4th Floor<br><br>Judge: The Honorable Claudia Wilken<br><br>Petition Filed:  January 9, 2007 |

1   The parties to the action, Dreyer's Grand Ice Cream, Inc. and Edy's Grand Ice Cream
2   (collectively "Dreyer's") and Ice Cream Distributors of Evansville ("ICD") jointly request that this
3   Court continue the Case Management Conference currently scheduled for November 13, 2007 for
4   thirty days.

5   The continuance is requested because an Involuntary Petition for Bankruptcy has been filed
6   against ICD in the United States Bankruptcy Court for the Western District of Kentucky. As a result
7   of this bankruptcy filing, the parties anticipate that the Bankruptcy Court will issue an automatic stay
8   staying Dreyer's claims against ICD. The parties further anticipate United States Trustee involvement
9   in ICD's claims against Dreyer's.

DATED: November 7, 2007          Respectfully submitted,

                                 TOWNSEND AND TOWNSEND AND CREW LLP


                                 By:  /s/ Iris Sockel Mitrakos
                                      IRIS SOCKEL MITRAKOS
                                      Attorneys for Petitioners
                                      DREYER'S GRAND ICE CREAM, INC. and
                                      EDY'S GRAND ICE CREAM

DATED: November 7, 2007          RIECK AND CROTTY, P.C.



                                 By:  /s/ Kevin P. Brown
                                      KEVIN P. BROWN
                                      Attorneys for Respondent
                                      ICE CREAM DISTRIBUTORS OF EVANSVILLE LLC

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED. The Case Management
Conference shall be continued to  Dec 18 at 2pm

DATED: November 13, 2007

                                 _____
                                 JUDGE OF THE UNITED STATES DISTRICT COURT

61203669 v1

---
2
**Stipulation To Continue Case Management Conference And [Proposed] Order**
Case No. C07-00140 CW