IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREYER'S GRAND ICE CREAM, INC., et al., | No. C 07-00140 CW |
| | ORDER |
| Petitioners, | |
| v. | |
| ICE CREAM DISTRIBUTORS OF EVENSVILLE, | |
| Respondent. | |

Respondent Ice Cream Distributors of Evansville having filed a Corrected Suggestion of Bankruptcy with the Court on November 6, 2007, stating that it had filed an involuntary petition pursuant to Chapter 7 of the Bankruptcy Code in the Western District of Kentucky, Louisville Division, and an automatic stay being in effect,

IT IS HEREBY ORDERED that:

1. There appears to be no further reason at this time to maintain the file as an open one for statistical purposes, and the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

2. Nothing contained in this Order shall be considered a dismissal or disposition of this action, and, should further proceedings in this litigation become necessary or desirable, any

1  party may initiate it in the same manner as if this Order had not been
2  entered.

4  Dated:    12/11/07

_____
CLAUDIA WILKEN
United States District Judge