IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREYER'S GRAND ICE CREAM, INC., a Delaware corporation, and EDY'S GRAND ICE CREAM, a California corporation,<br><br>    Petitioners,<br><br>  v.<br><br>ICE CREAM DISTRIBUTORS OF EVANSVILLE, LLC,<br><br>    Respondent.<br>_____/ | No. C 07-00140 CW<br><br>ORDER ENTERING DEFAULT AND COMPELLING ARBITRATION |

    On November 4, 2008, the Court issued an Order Granting Withdrawal of Counsel for Plaintiff, wherein the Court set a case management conference for December 2, 2008, and by that date Ice Cream Distributors of Evansville ("ICD") was to be represented by counsel or case no. 07-05060 would be dismissed.  The case management conference was held on December 2, 2008, and ICD was not represented by counsel.  Accordingly, the Court dismissed the case.

    In addition, because ICD did not appear in the above-mentioned case through counsel, as ordered, on December 2 and a corporation cannot appear through a non-lawyer, United States v. High Country Broad. Co., 3 F.3d 1244, 1245 (9th Cir. 1993), ICD is in default in this case.  The Court directs the clerk to enter default against

ICD in case no. 07-00140. All of the facts plead in the petition are therefore taken as true except any relating to damages. <u>Geddes v. United Fin. Group</u>, 559 F.2d 557, 560 (9th Cir. 1977). All facts previously considered disputed in the order on the motion to compel arbitration are resolved in favor of Dreyer's Grand Ice Cream, Inc. and Edy's Grand Ice Cream. Therefore, the Court compels the parties to arbitrate their dispute within ninety days of this Order. The Court retains jurisdiction to enforce the arbitration award. A case management conference will be heard on April 14, 2009 at 2:00 p.m.

    IT IS SO ORDERED.

Dated: 12/12/08

_____
CLAUDIA WILKEN
United States District Judge

<div style="font-weight:bold">United States District Court<br>For the Northern District of California</div>

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DREYER'S GRAND ICE CREAM, INC. et al,

    Plaintiff,

v.

ICE CREAM DISTRIBUTORS OF EVANSVILLE et al,

    Defendant.
                             /

Case Number: CV07-00140 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 12, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mr. David W. Garrett - President
Ice Cream Distributors of Evansville, Inc.
10430 Driver Drive
Evansville, Indiana  47725

Dated: December 12, 2008

                                Richard W. Wieking, Clerk
                                By: Sheilah Cahill, Deputy Clerk