1  TOWNSEND AND TOWNSEND AND CREW LLP
   JAMES G. GILLILAND, JR. (State Bar No. 107988)
2  Two Embarcadero Center, 8th Floor
   San Francisco, California  94111
3  Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
4  jggilliland@townsend.com

5  IRIS SOCKEL MITRAKOS (State Bar No. 190162)
   12730 High Bluff Drive, Suite 400
6  San Diego, California 92130
   Telephone: (858) 350-6100
7  Facsimile: (858) 350-6111
   ismitrakos@townsend.com

8
   ROBERT D. TADLOCK (State Bar No. 238479)
9  379 Lytton Avenue
   Palo Alto, California 94301
10 Telephone: (650) 326-2400
   Facsimile: (650) 326-2422
11 rdtadlock@townsend.com

12 Attorneys for Petitioners
   DREYER'S GRAND ICE CREAM, INC. and
13 EDY'S GRAND ICE CREAM

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# (OAKLAND DIVISION)

| | |
|---|---|
| **DREYER'S GRAND ICE CREAM, INC.,** a Delaware corporation, and **EDY'S GRAND ICE CREAM,** a California corporation,<br><br>Petitioners,<br><br>v.<br><br>**ICE CREAM DISTRIBUTORS OF EVANSVILLE,** an Indiana limited liability company,<br><br>Respondent. | Case No.  C07-00140 CW<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**<br><br>Judge:    The Honorable Claudia Wilken<br><br>Petition Filed:    January 9, 2007 |

1    IT IS HEREBY STIPULATED by Petitioners Dreyer's Grand Ice Cream, Inc. and Edy's Grand
2    Ice Cream (collectively "Dreyer's"), and Respondent Ice Cream Distributors Of Evansville ("ICD") that
3    this action be and hereby is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).  Each party
4    is to bear its own costs, expenses and attorneys fees.

5    IT IS SO STIPULATED.

6    DATED:  April 10, 2009              TOWNSEND AND TOWNSEND AND CREW LLP

8                                        By: _____
                                              IRIS SOCKEL MITRAKOS
9                                             Attorneys for Petitioners
                                              DREYER'S GRAND ICE CREAM, INC. and
10                                            EDY'S GRAND ICE CREAM

12   DATED:  April 10, 2009              ICE CREAM DISTRIBUTORS OF EVANSVILLE

14                                       By: _____
                                              DAVID GARRETT
15                                            President
                                              ICE CREAM DISTRIBUTORS OF EVANSVILLE

### **O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

         4/10
DATED:  _____, 2009             _____
                                         UNITED STATES DISTRICT COURT JUDGE

61834605 v1